# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 203 WAL 2016

           Respondent    :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

           v.    :

MICHAEL ROBINSON,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2016, Petitioner's Motion for Leave to Supplement the Petition for Allowance of Appeal is **GRANTED**. Petitioner's Petition for Allowance of Appeal is **DENIED**.